**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEPHEN OWENS,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **NO. 26-2486** |
| | : | |
| **OUR BROTHERS' PLACE,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 18th day of May, 2026, upon consideration of Plaintiff Stephen Owens'

*Motion to Proceed In Forma Pauperis* (ECF No. 5), and Complaint (ECF No. 1), it is hereby

**ORDERED** that:

1.      Motion for Leave to proceed *in forma pauperis* is **GRANTED**.

2.      The Complaint is **DEEMED** filed.

3.      The following claims are **DISMISSED** with prejudice:

   a.   All claims under 42 U.S.C. § 1983;

   b.   All claims for damages under the ADA;

   c.   All ADA claims against Defendants Karisma and Nicole.

4.      The Clerk of Court is **DIRECTED** to **TERMINATE** Karisma and Nicole as

Defendants in this case.

5.      The case shall proceed at this time to service by the U.S. Marshal Service, in

accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against

Defendant Our Brothers' Place so that Owens may proceed **only on his claim under the ADA for**

**injunctive relief**.

6.    In anticipation of service by the U.S. Marshal Service, the Clerk of Court is **DIRECTED** to send a copy of this Order to Owens together with one copy of the U.S. Marshal Service of Process Receipt and Return Form USM-285 ("USM-285 Form") for Defendant Our Brothers' Place.  The Clerk of Court is further **DIRECTED** to record the mailing on the docket.

7.    To proceed with service, Owens must complete one USM-285 Form for Defendant Our Brothers' Place and return the completed form(s) to the Clerk's Office within **twenty-one (21) days** of the date of this Order.  Service cannot be made by the U.S. Marshal Service until Owens completes and returns this form.

8.    In completing the USM-285 Form, Owens is instructed as follows:

   a.   Owens should complete one USM-285 Form for Defendant Our Brothers' Place.

   b.   Owens shall not complete a USM-285 Form for any other individual or entity including any Defendant who already has been dismissed from this case.

   c.   Owens must provide the U.S. Marshals Service with the complete address of the location where that Defendant can be served.  **The U.S. Marshals Service cannot serve a Defendant at a P.O. Box address.**

   d.   Owens must sign the USM-285 Form on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF", and provide a telephone number and the date where indicated.

   e.   Failure to include a proper address may result in the Defendant not being served and/or the dismissal of Owens's remaining claims against any the Defendant.

9.      Owens is cautioned that failure to return a completed USM-285 Form in accordance with the above instructions may result in dismissal of this case for failure to prosecute, without further notice from the Court.

10.     The Clerk of Court is **DIRECTED** to docket any USM-285 Forms that Owens returns in this case.

11.     The Clerk of Court is **DIRECTED** not to issue summonses at this time.  The Court will direct issuance of summonses upon receipt of a properly completed USM-285 Form.


**BY THE COURT:**


/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*